May 25, 2006

# DISTRICT COUNT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
### (415) 556-9920

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CR-03-00083-SOM
**Appeal Number:** 04-10663
**Short Title:** USA v. Mau

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 3 0 2006
DISTRICT OF HAWAII

**Volumes**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Clerk's Records in: | 2 | | | 0 | Certified Copy(ies) | | |
| Reporters Transcripts in: | 5 | | | 0 | Certified Copy(ies) | | |
| Exhibits in: | 14 | Envelopes | | 14 | Under Seal | | |
| | 0 | Boxes | | 0 | Under Seal | | |
| | 0 | Volumes | Volume | 0 | of record | 0 | Under Seal |
| State Lodged Docs in: | 0 | Envelopes | 0 Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | |
| Bulky Documents in: | 0 | Envelopes | 0 Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | |

**Other:**

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.



# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: August 1, 2005

**FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII**
AUG 0 1 2005
at 10 o'clock and 26 min. A M
SUE BEITIA, CLERK

To: United States Court of Appeals       Attn:  ( )  Civil
    For the Ninth Circuit
    Office of the Clerk                          (✓)  Criminal
    95 Seventh Street
    San Francisco, California 94103              ( )  Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:       CR 03-00083 SOM 01       Appeal No:    04-10663

Short Title: U.S.A. vs. (01) CLINTON MAU

| | | |
|---|---|---|
| Clerk's Files in | 2 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | 5 | volumes (✓) original ( ) certified copy |
| Sealed Docs | 14 | volumes (✓) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:14 documents: #34. 35, 51, 56, 61, 63, 65, 68, 82, 83, 87, 90, 106 & 109
-Reporters transcripts: 5 transcripts: 11/29/2004, 09/19/2003; 11/18/2003, 02/24/2003 & 02/07/2003

Acknowledgment: _____     Date: _____

cc: all counsel